# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV17-01604-DMG (KKx)**          Date:  **May 29, 2018**

Title:  James Lindsay v. Roman Gardea, et al.

**DOCKET ENTRY**

PRESENT:  HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

|  Deb Taylor  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter/Recorder  |

ATTORNEYS PRESENT FOR PLAINTIFF(S):       ATTORNEYS PRESENT FOR DEFENDANT(S):
   None                                                                  None

**PROCEEDINGS:        (IN CHAMBERS)**

GOOD CAUSE having been shown, the Court hereby approves the parties' Stipulated Protective Order filed on May 23, 2018.

MINUTES FORM 11

CIVIL-GEN