UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LINDSAY,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ROMAN GARDEA, WILLIAM FOUNTAIN AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>　　　　　　　Defendants. | Case No.: ED CV 17-1604 DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION [57]** |

　　The parties' stipulation to dismiss this action is approved. The above-captioned action, including all claims stated herein against all parties, is hereby dismissed with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: January 2, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1